

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00175-CR

**REGINALD KEITH THOMAS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2014-290-C1**

## O R D E R

By letter dated May 7, 2019, appellant was notified by the Clerk of this Court that this appeal would be set for submission without oral argument on May 29, 2019. On May 28, 2019, Appellant's "Motion for extension of time to file submission of appeal without oral argument" was filed.[1] It was not properly served. Appellant has been warned about the failure to properly serve documents sent to this Court.

---

[1] Appellant requests the submission to be delayed 60 more days so that he may file his response to his attorney's *Anders* brief. Appellant has had since December 20, 2018 to file his response.

Because the opinion and judgment in this appeal issued on May 29, 2019, appellant's motion is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Motion dismissed
Order issued and filed June 5, 2019

